UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRYAN VELAZQUEZ,

      Plaintiff,

  - against -

CHINESE LAUNDRY LIFESTYLE, LLC,

      Defendant.

22-cv-4965 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

  The time for the defendant to respond to the complaint is extended to October 3, 2022. If the defendant fails to respond to the complaint by that date, the plaintiff may move by order to show cause for a default judgment by October 17, 2022. If the plaintiff fails to move for a default judgment by that date, the case may be dismissed without prejudice for failure to prosecute. The conference scheduled for September 13, 2022 is canceled.

**SO ORDERED.**

Dated: New York, New York
    September 7, 2022

             _____
             John G. Koeltl
           United States District Judge